(December 21, 1970)

In the Matter of the Claim of JOHN KLEPPE, Appellant, v. NATIONAL FUEL TERMINALS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Decision affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.